Theresa M. Marchlewski, Esq. (State Bar No. 82429)
Maniya C. Gatmaitan, Esq. (State Bar No. 239000)
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:   (213) 689-0430
Email: MarchleT@jacksonlewis.com
Email: GatmaitM@jacksonlewis.com

Attorneys for Defendant BORDERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI MOORE, an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>BORDERS, INC. a Colorado Corporation, and DOES 1 through 100, inclusive,<br><br>         Defendants. | **CASE NO.: EDCV09-00531 VAP (OPx)**<br><br>[Assigned for all purposes to the Honorable Virginia A. Phillips]<br><br>**ORDER RE:  JOINT NOTICE OF SETTLEMENT OF ACTION**<br><br>Complaint filed: February 6, 2009<br>Trial Date:  February 16, 2010 |

The Court, having read and considered the Parties' Notice of Settlement, and good cause having been shown therefore, it is ordered, adjudged and decreed that all hearings, pre-trial dates and trial dates be vacated.  A status conference is scheduled for January 4, 2010, at 1:30 p.m.

DATED:  December 8, 2009       By    _____
                                     The Honorable Virginia A. Phillips
                                     United States District Judge

CASE NO.:  EDCV09-531 VAP (OPx)         1         [PROPOSED] ORDER RE JOINT NOTICE OF SETTLEMENT OF ACTION